**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Christopher M. Holland**                **BK NO. 26-00708 MJC**
                         **Debtor(s)**

                                                      **Chapter 13**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

          Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
23 Mar 2026, 14:30:42, EDT

          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA  19106
          215-627-1322

Document ID: cfca15bfc4bbdb6e7f8f749f0e63e41273403a3756794cadee23ec8e97ded9bc